IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
                                      /

No. C 09-03892 WHA
No. C-09-03895 WHA
No. C-09-03896 WHA
No. C-09-03897 WHA
No. C-09-03899 WHA
No. C-09-03900 WHA
No. C-09-03902 WHA

**ORDER TO SHOW CAUSE**

On August 25, 2009, plaintiff Malinka Moye filed at least 10 actions in the Northern District of California, including the seven above-captioned actions before the undersigned. The "facts" alleged in each of the complaints consist of short, incomplete and incomprehensible sentences. Additionally, the complaints fail to provide enough information to determine if any basis for federal jurisdiction exists. Plaintiff has filed many such actions against the same defendants over the last several years. When his claims are dismissed, he does not appeal, but simply files another case, or several more cases.

On October 6, 2009, plaintiff was ordered to file a written response no later than October 13, 2009, to address why his complaints in the above-captioned actions should not be dismissed for failure to state a claim, and why plaintiff should not be declared a vexatious litigant and barred from filing further actions in the Northern District of California with respect to these defendants or substantially similar claims without pre-filing review. No response from plaintiff has been received.

Because plaintiff is pro se, he will be given one more chance. The hearing scheduled for October 22, 2009, is continued to **OCTOBER 29, 2009**. Plaintiff is ordered to file a written response no later than **NOON ON OCTOBER 26, 2009**, to address why he did not file a response to the Court's order to show cause, why his complaints in the above-captioned actions should not be dismissed for failure to state a claim, and why plaintiff should not be declared a vexatious litigant and barred from filing further actions in the Northern District of California with respect to these defendants or substantially similar claims without pre-filing review.

**IT IS SO ORDERED.**

Dated: October 16, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE