**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA TACUMA WADE MOYE,<br><br>    Plaintiff,<br><br>  v.<br><br>ZEPHYR REAL ESTATE, BONNIE SPINDLER, LYDIA DIANNE BACA and EARL CHAN,<br><br>    Defendant.<br>_____/ | No. C 09-5464 CW |
| MALINKA TACUMA WADE MOYE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-3892 WHA<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned cases to District Judge William Alsup to consider whether these cases are related. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

12/1/09
Dated _____

*Claudia Wilken*
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

        Plaintiff,

  v.

ZEPHYR REAL ESTATE et al,

        Defendant.

Case Number: CV09-05464 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malinka Tacuma Wade Moye
Hurdle Estate
4042 Parson Street
San Francisco, CA 94118

Dated: December 1, 2009

                                          Richard W. Wieking, Clerk
                                          By: Sheilah Cahill, Deputy Clerk