**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

  v.

ZEPHYR REAL ESTATE, BONNIE SPINDLER, LYDIA DIANNE BACA and EARL CHAN,

    Defendants.
_____/

No. C 09-5464 WHA

No. C 09-03892 WHA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
_____/

**ORDER RELATING CASES AND DIRECTING PLAINTIFF TO SHOW CAUSE WHY MATTER SHOULD NOT BE DISMISSED**

On October 7, 2009, an order related before the undersigned seven actions filed by plaintiff including *Moye v. City and County of San Francisco*, 09-3892-WHA. Plaintiff subsequently has filed *Moye v. Zephyr Real Estate, et al.*, 09-5464 CW. On December 1, 2009, Judge Wilken *sua sponte* referred the new matter to this Court for a determination of whether it was related to *City and County of San Francisco* pursuant to Local Rule 3-12(c). The time for filing an opposition or statement of support has passed and none has been received. The Court finds the above-captioned matters are related and, accordingly, *Zephyr Real Estate* shall be

reassigned. Counsel are instructed that all future filings in this action are to bear the initials of the undersigned immediately after the case number.

In his seven actions already before the undersigned, plaintiff has continued to file numerous incomprehensible, meritless and delusional submissions even though each of those actions has already been dismissed with prejudice for lack of subject matter jurisdiction and for failure to state a claim. Plaintiff has been ordered to appear before the undersigned at a hearing on December 17, 2009, to show cause why he should not be labeled a vexatious litigant. The *Zephyr Real Estate* matter appears to reiterate the same baseless claims which have already been rejected numerous times in other actions. Plaintiff is accordingly ordered to show cause why *Zephyr Real Estate* should not also be dismissed. Plaintiff's response to this order to show cause shall be due on or before **MONDAY, DECEMBER 14, 2009, AT NOON**.

**IT IS SO ORDERED.**

Dated: December 8, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2