IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALINKA TACUMA WADE MOYE,

    Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendants.

No. C-09-03892 WHA

**NOTICE RE RECENT FILING**

    Plaintiff's complaint in this action was dismissed without leave to amend for lack of subject-matter jurisdiction and failure to state a claim. Judgment was entered on October 20, 2009. Plaintiff appealed to our court of appeals, which summarily affirmed by order dated April 21, 2010 (Dkt. No. 43). Several years later, plaintiff sent a letter with attachments, which the Court received on June 14, 2013 (Dkt. No. 43). Plaintiff's lawsuit has been over in the district court for several years. Plaintiff should please discontinue sending letters to the Court in connection with lawsuits that have been closed.

**IT IS SO ORDERED.**

Dated: June 25, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE