**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11

12    MALINKA TACUMA WADE MOYE,                    No. C-09-03892 WHA

                Plaintiff,
13

14      v.                                         **NOTICE RE RECENT FILING**

15    CITY AND COUNTY OF SAN FRANCISCO,

                Defendants.
16    _____/

17

18          Plaintiff's complaint in this action was dismissed without leave to amend for lack of

19    subject-matter jurisdiction and failure to state a claim.  Judgment was entered on October 20,

20    2009.  Plaintiff appealed to our court of appeals, which summarily affirmed by order dated

      April 21, 2010 (Dkt. No. 43).  Several years later, plaintiff sent a letter with attachments, which
21
      the Court received on June 14, 2013 (Dkt. No. 43).  Plaintiff's lawsuit has been over in the
22
      district court for several years.  Plaintiff should please discontinue sending letters to the Court
23
      in connection with lawsuits that have been closed.
24

25

26
            **IT IS SO ORDERED.**
27

28
      Dated:  June 25, 2013.                       
                                                   _____
                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE